Joyce TATOR, Plaintiff–Appellant,

v.

**HOUSING AUTHORITY OF THE BIRMINGHAM DISTRICT,**
Defendant–Appellee.

No. 05–13441
Non–Argument Calendar.
D.C. Docket No. 03–00703–CV–P–S.

United States Court of Appeals,
Eleventh Circuit.

Nov. 28, 2005.

Coker Bart Cleveland, Cleveland & Vickers, LLC, Birmingham, AL, for Plaintiff–Appellant.

James C. Ayers, Jr., Columbiana, AL, for Defendant–Appellee.

Before TJOFLAT, DUBINA and FAY, Circuit Judges.

PER CURIAM:

The summary judgment granted in favor of the appellee is affirmed for the reasons set forth in the thorough Memorandum

Opinion entered by the district court on January 19, 2005.

AFFIRMED.